621 S.E.2d 658

**Julie HAIR, Jeffrey Stout and Stephanie Coker, as Personal Representatives of the Estate of Sharon B. Roberson, Respondents,**

v.

**Willie Joe ROBERSON, Petitioner.**

Supreme Court of South Carolina.

Oct. 19, 2005.

## ORDER

By order dated August 12, 2005, we granted certiorari to review the Court of Appeals' holding that there is no require-

ment that the family court make specific findings when requiring a spouse to secure an alimony obligation with a life insurance policy and its finding, in the alternative, that other statements in the family court order indicated that the requisite factors were considered. We granted certiorari based, in part, on the Court of Appeals' reliance on *Wooten v. Wooten,* 356 S.C. 473, 589 S.E.2d 769 (Ct.App.2003), which has since been reversed by this Court in *Wooten v. Wooten,* 364 S.C. 532, 615 S.E.2d 98 (2005). However, because the death of Ms. Roberson has rendered the issue of securing alimony with a life insurance policy moot, we now dismiss the writ of certiorari as improvidently granted.

IT IS SO ORDERED.

/s/ Jean H. Toal, C.J.

/s/ James E. Moore, J.

/s/ John H. Waller, Jr., J.

/s/ E.C. Burnett, III, J.

/s/ Costa M. Pleicones, J.